KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MYRA BOLECHE MINKS and CARMINA ) <br> DANICA SANTOS, ) <br> ) <br>    Defendants. ) <br> ) | No. 3-05-70743 JCS <br><br> [~~PROPOSED~~] ORDER AND NOTICE OF DISMISSAL AS TO MYRA BOLECHE MINKS _ONLY_ <br><br> (San Francisco Venue) |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint as to Defendant Myra Boleche Minks without prejudice, and moves that the Court quash the

///

///

///

[~~PROP.~~] ORDER & NOTICE OF DISMISSAL
3-05-70743 JCS

1 | warrant for the arrest of Defendant Minks that was issued in connection with the complaint in
2 | this case.

3 | DATED: September 30, 2005                           Respectfully submitted,

4 |                                                     KEVIN V. RYAN
5 |                                                     United States Attorney

6 |
7 |                                                     _____/s/_____
                                                        TRACIE L. BROWN
8 |                                                     Assistant U.S. Attorney

9 |     Leave is granted to the government to dismiss the complaint.  It is further ordered that the
10 | arrest warrant issued in connection with the complaint be quashed.

11 |     SO ORDERED.
12 |
13 | Date: September 30, 2005
                                                        _____
14 |                                                    The Hon. Joseph C. Spero
                                                        United States Magistrate Judge

NOTICE OF DISMISSAL
3-05-70743 JCS                              2